

**U. S. Department of Justice**

*George E. B. Holding*

United States Attorney
Eastern District of North Carolina

---

Terry Sanford Federal Building  Telephone (919) 856-4530
310 New Bern Avenue  Criminal FAX (919) 856-4487
Suite 800  Civil FAX (919) 856-4821
Raleigh, North Carolina 27601-1461  www.usdoj.gov/usao/nce

### NOTICE OF RELATED CASES

RECEIVED JUL 9 2009 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC

DATE:   July 9, 2009

TO:     Clerk's Office
        United States District Court
        Raleigh, North Carolina

FROM:   W. GLENN PERRY
        Assistant United States Attorney
        Criminal Division

SUBJECT: United States v. Aaron Copppedge, Tavares Lee Waters,
         and Roy Cecil Rhodes, Jr.
         Docket No. 4:09cr64-1 - Eastern Division
         4:09cr64-2
         4:09cr64-3

The above-named case is being presented for indictment on July 9, 2009. The indictment charges Defendant Aaron Coppedge, Tavares Lee Waters, and Roy Cecil Rhodes, Jr., with conspiracy to possess with intent distribute and distribute cocaine base (crack) from April 2008 to June 3, 2009 and distribution of cocaine base (crack). The indictment also charges Defendant Coppedge with possession with intent to distribute cocaine base (crack).

A previously filed indictment, United States v. Donnell Coppedge, Docket No. 4:09-CR-00054-F-1, arose out of the same drug conspiracy. It is alleged that the same supplier provided illegal drugs in both of these matters. The United States further contends that in order to avoid a substantial duplication of labor that the case of Defendant Aaron Coppedge, Tavares Lee Waters, and Roy Cecil Rhodes, Jr., should be assigned to the judge hearing the Donnell Coppedge case.

Reviewed and approved by: _____
                          JOHN STUART BRUCE
                          First Assistant U.S. Attorney